UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOLIE TROMBLEY, as Personal Representative
of the Estate of BENJAMIN TROMBLEY,
Deceased,

      Case No. 14-10973

      Honorable John Corbett O'Meara

    Plaintiff,

v.

CORIZON, INC., STEPHANIE HARMON, KIM
HUBBARD, and NATALIE PACITTO,

    Defendants.
                                         /

**ORDER AFFIRMING MAGISTRATE JUDGE GRAND'S
DECEMBER 22, 2015 ORDER**

      This matter came before the court on Defendants' January 5, 2016 objections to Magistrate Judge David R. Grand's December 22, 2015 order granting Plaintiff's emergency motion to quash subpoenas. Plaintiff filed a response January 22, 2016; and Defendants filed a reply January 29, 2016. No oral argument was heard.

      The court, pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A), has reviewed the magistrate judge's order, as well as Defendants' objections, Plaintiff's response, and Defendants' reply, and finds that the order is not clearly erroneous or contrary to law.

      Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's December 22, 2015 order is **AFFIRMED** in its entirety.

                                         s/John Corbett O'Meara
                                         United States District Judge

Date: February 11, 2016

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 11, 2016, using the ECF system.

                                                                     s/William Barkholz
                                                                     Case Manager